UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. AVILA, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CASE NO. 1:10-cv-0793-AWI-MJS- PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(ECF No. 48) |

　　　　Plaintiff James Cato, Jr., a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010.  A a scheduling order was issued on November 23, 2011.  This action currently is in the discovery phase.  On April 23, 2012, Defendants filed a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P. 30(b)(4).

　　　　Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:　April 25, 2012　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1