# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | CASE NO. CASE NO. 1:10-cv-0793-AWI-MJS- PC |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE |
| T. AVILA, et al., | |
| Defendants. | (ECF No. 48) |

Plaintiff James Cato, Jr., a state prisoner proceeding pro se and in forma pauperis, initiated this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010. A a scheduling order was issued on November 23, 2011. This action currently is in the discovery phase. On April 23, 2012, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: April 25, 2012         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

1