IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, JR., | 1:10-cv-00793-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A NOTICE OF APPEAL AS MOOT AND DENYING PLAINTIFFS MOTION FOR A CERTIFICATE OF APPEALABILITY |
| v. | |
| T. AVILA, et al, | |
| Defendants. | (ECF Nos. 65 & 68) |
| _____/ | |

Plaintiff James Cato ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 19, 2012, Plaintiff filed a motion to extend time to file a notice of appeal. (ECF No. 65.) Plaintiff has since filed a notice of appeal. (ECF No. 67.) Accordingly, Plaintiff's motion to extend time to file a notice of appeal should be denied.

On July 30, 2012, Plaintiff filed a motion for a certificate of appealability. (ECF No. 68.) A certificate of appealability is not required for actions like Plaintiff's 42 U.S.C. § 1983 civil rights action. Plaintiff's motion should be denied.

///
///
///

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No 65) is DENIED as moot; and

2. Plaintiff's motion for a certificate of appealability (ECF No. 68) is DENIED.

IT IS SO ORDERED.

Dated: September 17, 2012         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

2