UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO, | 1:10-cv-793-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF |
| v. | |
| T. AVILA, et al., | (ECF No. 58, 59, 60, 62, 72, 75, & 88) |
| Defendants. | |

_____/

Plaintiff James Cato ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2012, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motions for injunctive relief be denied. (ECF No. 88.) Plaintiff has failed to file objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 24, 2012, are adopted in full; and
2. Plaintiff's motions for injunctive relief (ECF Nos. 58, 59, 60, 62, 72 & 75) are DENIED.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
UNITED STATES DISTRICT JUDGE

-1-