# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CATO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. AVILA, et al.,<br><br>　　　　　Defendants. | Case No. 1:10-cv-0793-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT KAVANAUGH'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF Nos. 80, 95 |

　　　　Plaintiff James Cato ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 5, 2010.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 25, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending that Defendant Kavanaugh's motion for summary judgment be denied.  (ECF No. 95.)  The parties have not filed any objections.

　　　　 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF 95), filed July 25, 2013, are adopted in full; and
2. Defendant Kavanaugh's motion for summary judgment (ECF No. 80) is DENIED.

IT IS SO ORDERED.

Dated:   September 10, 2013                                    /s/ signature

SENIOR  DISTRICT  JUDGE