1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   JAMES CATO, Jr.,                       1:10-cv-00793-AWI-MJS (PC)

12                   Plaintiff,
                                            ORDER DENYING MOTION FOR
13        v.                                APPOINTMENT OF COUNSEL

14   T. AVILA, et al.,                      (ECF No. 100)

15                   Defendants.

16

17        Plaintiff James Cato, Jr. ("Plaintiff") is a state prisoner proceeding pro se in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  On October 17, 2013, Plaintiff filed a

19   motion seeking the appointment of counsel.  (ECF No. 100.)

20        Plaintiff does not have a constitutional right to appointed counsel in this action,

21   Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an

22   attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).   Mallard v. United

23   States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989).

24        In certain exceptional circumstances the Court may request the voluntary

25   assistance of counsel pursuant to section 1915(e)(1).   Rand, 113 F.3d at 1525.

26   However, without a reasonable method of securing and compensating counsel, the

27   Court will seek volunteer counsel only in the most serious and exceptional cases.  In

28   determining whether "exceptional circumstances exist, the district court must evaluate

                                        1

both the likelihood of success of the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

In the present case, the Court does not find the required exceptional circumstances. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This Court is faced with similar cases almost daily. Based on a review of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his claims. Id.

For the foregoing reasons, Plaintiff's motion for appointment of counsel is DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   October 24, 2013                     /s/ Michael J. Seng

UNITED STATES MAGISTRATE JUDGE

2